# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA
### WASHINGTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| 1436 Foxhall Road L.L.C. | § | Case No. 18-00765 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marc E. Albert DC Ch 7, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 11,531.22
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 2,295,442.81

Claims Discharged Without Payment: NA

Total Expenses of Administration: 341,505.26

3) Total gross receipts of $2,636,948.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,636,948.07 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $847,859.85 | $4,101,081.83 | $2,226,713.47 | $2,226,713.47 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 341,505.26 | 341,505.26 | 341,505.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,145.02 | 569.98 | 569.98 | 569.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,452,287.21 | 14,484,227.70 | 4,938,908.09 | 68,159.36 |
| **TOTAL DISBURSEMENTS** | $4,304,292.08 | $18,927,384.77 | $7,507,696.80 | $2,636,948.07 |

4)  This case was originally filed under chapter 7 on 11/30/2018.  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2021                    By:/s/Marc E. Albert DC Ch 7, Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1436 Foxhall Road, NW | 1110-000 | 2,525,000.00 |
| Refund of Tax Payment | 1124-000 | 1,000.00 |
| Eagle Bank Checking | 1249-000 | 100.00 |
| Insurance Policy on 1436 Foxhall with Erie Insurance Paid through 5/27/2019 | 1249-000 | 377.00 |
| Sandy Spring Bank Checking | 1249-000 | 143.86 |
| Settlement Agreement with Carl Bernstein, Pamela Bernstein and Cheshire Homes L.C. | 1249-000 | 20,000.00 |
| Settlement Agreement with Geoffrey Kuck, FWI Development, LLC, FWI Custom Homes LLC, 2905 University Terrace LLC, 2860 University Terrace LLC, 2812 University Terrace LLC and 2264 North Upton LLC | 1249-000 | 90,000.00 |
| H20 Escrow Refund | 1290-000 | 327.21 |
| TOTAL GROSS RECEIPTS | | $2,636,948.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Dominion Electric Supply Company, Incorporated | 4110-000 | 12,859.85 | 12,859.85 | 11,000.00 | 11,000.00 |
| 15 | Jim J. Huang | 4110-000 | NA | 500,000.00 | 26,240.66 | 26,240.66 |
| 16 | Lance O. Estes, Ii | 4110-000 | 140,000.00 | 88,221.98 | 88,221.98 | 88,221.98 |
| 14 | Larry Y. Huang | 4110-000 | NA | 500,000.00 | 26,240.66 | 26,240.66 |
| 11 | Sandy Spring Bank | 4110-000 | 195,000.00 | 2,500,000.00 | 2,048,769.51 | 2,048,769.51 |
| 17 | Yunzhi Shi Huang | 4110-000 | 500,000.00 | 500,000.00 | 26,240.66 | 26,240.66 |
| TOTAL SECURED CLAIMS | | | $847,859.85 | $4,101,081.83 | $2,226,713.47 | $2,226,713.47 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marc E. Albert DC Ch 7 | 2100-000 | NA | 102,358.44 | 102,358.44 | 102,358.44 |
| Insurance Partners | 2300-000 | NA | 0.13 | 0.13 | 0.13 |
| Insurance Partners Agency Inc. | 2300-000 | NA | 60.15 | 60.15 | 60.15 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Federal Title & Escrow Company | 2500-000 | NA | 178,205.03 | 178,205.03 | 178,205.03 |
| Axos Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| Union Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| DC Treasurer | 2820-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Stinson LLP | 3110-000 | NA | 42,899.00 | 42,899.00 | 42,899.00 |
| Stinson LLP | 3120-001 | NA | 722.51 | 722.51 | 722.51 |
| Arthur Lander, CPA | 3410-000 | NA | 16,260.00 | 16,260.00 | 16,260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $341,505.26 | $341,505.26 | $341,505.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DC Office of Tax and Revenue | | 3,487.88 | NA | NA | 0.00 |
| 9 | Dc Gov"t Office Of Tax & Revenue Po Box 75520 Wash | 5800-000 | 657.14 | 569.98 | 569.98 | 569.98 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $4,145.02 | $569.98 | $569.98 | $569.98 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2812 University Terrace, LLC | | 1,500.00 | NA | NA | 0.00 |
| | Acker and Sons, Inc. | | 4,951.00 | NA | NA | 0.00 |
| | Action Fabricators Iron Works | | 9,500.00 | NA | NA | 0.00 |
| | AR-Jon Portable Toilets | | 555.20 | NA | NA | 0.00 |
| | Banyai Construction Roofing | | 5,500.00 | NA | NA | 0.00 |
| | Berry Construction | | 6,500.00 | NA | NA | 0.00 |
| | BM Contractors | | 15,751.54 | NA | NA | 0.00 |
| | DC Department of Consumer | | 12,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elvis Aroldo-Cifuentes Navarro | | 10,000.00 | NA | NA | 0.00 |
| | Ferguson Appliances | | 21,566.91 | NA | NA | 0.00 |
| | Francis Romero | | 22,216.91 | NA | NA | 0.00 |
| | H&L Landscaping Services | | 1,500.00 | NA | NA | 0.00 |
| | Jose Juan Valles Electrician | | 2,166.00 | NA | NA | 0.00 |
| | Long & Foster c/o Carolyn Schafer | | 0.00 | NA | NA | 0.00 |
| | M&M Enterprises Carpentry | | 4,000.00 | NA | NA | 0.00 |
| | Maddox Engineers | | 3,821.25 | NA | NA | 0.00 |
| | Marios Tile Marble Inc | | 6,380.00 | NA | NA | 0.00 |
| | Martha Vicas | | 9,000.00 | NA | NA | 0.00 |
| | Morris Salguero Painting | | 1,500.00 | NA | NA | 0.00 |
| | O'Neill Realty Advisors, LLC | | 0.00 | NA | NA | 0.00 |
| | Pepco | | 378.00 | NA | NA | 0.00 |
| | Premier Lifts Elevator | | 2,500.00 | NA | NA | 0.00 |
| | River Glass | | 9,111.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Twilley, Rommel & Stephens, P.A. |  | 1,456.00 | NA | NA | 0.00 |
|  | Umanzor Valentin Painting and Drywall |  | 16,000.00 | NA | NA | 0.00 |
|  | Wayne Brown Hauling |  | 800.00 | NA | NA | 0.00 |
| 2 | Bet Hesda Systems Security | 7100-000 | 8,044.77 | 8,044.77 | 8,044.77 | 111.59 |
| 1 | Complete Green Cleaning | 7100-000 | 3,777.50 | 2,277.50 | 2,277.50 | 31.59 |
| 6 | Crescent Plumbing | 7100-000 | 8,339.05 | 11,593.00 | 11,593.00 | 160.80 |
| 13 | Fwi Custom Homes Llc | 7100-000 | 10,159.99 | 8,820.70 | 8,820.70 | 122.35 |
| 12 | Fwi Development, Llc | 7100-000 | 107,966.63 | 112,240.75 | 0.00 | 0.00 |
| 5 | Grow And Prosper, Llc | 7100-000 | 48,890.00 | 27,140.21 | 27,140.21 | 376.46 |
| 22 | Jim J. Huang | 7100-000 | 3,000,000.00 | 4,716,539.43 | 1,572,179.81 | 21,807.40 |
| 16 | Lance O. Estes, Ii | 7100-000 | NA | 64,903.02 | 64,903.02 | 900.26 |
| 20 | Larry Y. Huang | 7100-000 | NA | 4,716,539.43 | 1,572,179.81 | 21,807.39 |
| 7 | Masters Airtron | 7100-000 | 30,550.00 | 29,550.00 | 29,550.00 | 409.88 |
| 18 | Solid Hardwood Floors | 7100-000 | 3,881.92 | 3,126.57 | 3,126.57 | 43.37 |
|  | Washington Gas | 7100-000 | NA | 553.85 | 553.85 | 553.85 |
| 21 | Yunzhi Shi Huang | 7100-000 | NA | 4,716,539.43 | 1,572,179.81 | 21,807.39 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Department Of Treasury | 7100-001 | NA | 117.49 | 117.49 | 1.63 |
| 4 | Gaithersburg Garage Door | 7100-001 | 1,760.00 | 1,760.00 | 1,760.00 | 24.41 |
| 10 | WASHINGTON GAS | 7100-001 | 53.04 | 71.55 | 71.55 | 0.99 |
| 19 | Serra Stone | 7200-000 | 60,210.00 | 57,210.00 | 57,210.00 | 0.00 |
| 8 | Department of the Treasury - Internal Revenue Service | 7300-000 | NA | 7,200.00 | 7,200.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $3,452,287.21 | $14,484,227.70 | $4,938,908.09 | $68,159.36 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 18-00765 | ELG | Judge: | Elizabeth L. Gunn | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | 1436 Foxhall Road L.L.C. | | | | Date Filed (f) or Converted (c): | 11/30/2018 (f) |
| | | | | | 341(a) Meeting Date: | 01/03/2019 |
| For Period Ending: | 09/21/2021 | | | | Claims Bar Date: | 03/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1436 Foxhall Road, NW | 2,525,000.00 | 2,525,000.00 | | 2,525,000.00 | FA |
| 2. Sandy Spring Bank Checking | 143.86 | 143.86 | | 143.86 | FA |
| 3. Eagle Bank Checking | 100.00 | 100.00 | | 100.00 | FA |
| 4. Sandy Spring Bank  Interest Reserve | 0.00 | 0.00 | | 0.00 | FA |
| 5. Deposit for Driveway Paving with DDOT | 2,909.00 | 0.00 | | 0.00 | FA |
| 6. Deposit for Street & Alley with DDOT | 8,622.22 | 0.00 | | 0.00 | FA |
| 7. Insurance Policy on 1436 Foxhall with Erie Insurance Paid through 5/27/2019 | 0.00 | 377.00 | | 377.00 | FA |
| 8. Settlement Agreement with Geoffrey Kuck, FWI Development, LLC, FWI Custom Homes LLC, 2905 University Terrace LLC, 2860 University Terrace LLC, 2812 University Terrace LLC and 2264 North Upton LLC (u) | 0.00 | 90,000.00 | | 90,000.00 | FA |
| 9. H20 Escrow Refund (u) | 0.00 | 327.21 | | 327.21 | FA |
| 10. Settlement Agreement with Carl Bernstein, Pamela Bernstein and Cheshire Homes L.C. (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 11. Refund of Tax Payment (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,536,775.08 | $2,636,948.07 | | $2,636,948.07 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

- All settlement payments completed. Trustee to complete claims review, file final fee applications, and prepare final reports.

10/1/2020 - Claims review.

3/18/2020 - 9/21/2020 - Settlement payments received.

1/13/2020 - Consent Order Resolving Objection and Granting 9019 Motion To Approve Compromise with Bernstein.

1/10/2020 - Revised settlement agreement filed.

1/8/2020 - Hearing regarding 9019 Motion to Approve Compromise.

12/17/2019 - Objection & Opposition to 9019 Motion filed by Larry Y. Huang, Yunzhi Shi Huang, and Jim J. Huang.

12/2/2019 - 9019 Motion to Approve Compromise with Carl Bernstein, Pamela Bernstein, and Cheshire Homes L.C.

9/26/2019 - Email from Mr. Bogorad – received notice of Superior Court Status Hearing set for Friday, January 10 at 10:00 am.

8/30/2019 - Check issued to Marc Albert, Trustee and Stinson LLP regarding Interim Fee Application.

8/13/2019 - Settlement check to Huangs.

8/8/2019 - Settlement check to Estes.

8/6/2019 -  Consent Order Regarding Distribution of Proceeds of Sale and Approval of 9019 Motion entered Adv Procd.

8/5/2019 - Interim Fee Apps for Marc Albert, Trustee and Stinson LLP filed. Objections due 8/26/2019.

7/11/2019 - 019 Motion with Estes and Huangs filed in Adv Procd; Objections due 8/1/2019.

6/6/2019 - Order granting 9019 Motion with Kuck, FWI Development et. al entered.

5/31/2019 - 9019 Motion with Kuck, FWI Development et. al filed. Objections due 5/31/2019 Hearing scheduled for 6/12/2019.

4/12/2019 - Report of Sale filed.

3/28/2019 - Adversary complaint filed by Huangs against Marc E Albert, Lance O. Estes II.

3/23/2019 - Order granting Motion to Sell entered.

3/21/2019 - Hearing scheduled re Motion to Sell.

3/11/2019 - Settlement meeting scheduled.

3/5/2019 - 9019 Motion to Sell Property filed. Objections due 3/26/2019.

2/19/2019 - Motions for Contempt filed. Hearing scheduled for 3/5/2019.

Initial Projected Date of Final Report (TFR): 10/30/2020          Current Projected Date of Final Report (TFR): 11/30/2020

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-00765 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: 1436 Foxhall Road L.L.C. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5394 |
| | Checking |
| Taxpayer ID No: XX-XXX5565 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/21/2021 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/19 | 3 | 1436 Foxhall Road L.L.C. P.O. Box 40457 Washington, DC 20016 | Closeout of Bank Account Turnover of funds from Debtor bank account - Eagle Bank | 1249-000 | $100.00 | | $100.00 |
| 01/30/19 | 2 | 1436 Foxhall Road L.L.C. P.O. Box 40457 Washington, DC 20016 | Closeout of Bank Account Turnover of funds from Debtor bank account  - Sandy Spring Bank | 1249-000 | $143.86 | | $243.86 |
| 04/10/19 | | Federal Title & Escrow Company 5335 Wisconsin Ave., NW Ste. 700 Washington, DC 20015-2030 | Closing Proceeds | | $287,025.46 | | $287,269.32 |
| | | | Gross Receipts                 $2,525,000.00 | | | | |
| | | | City/Town Taxes                    ($398.32) | 2500-000 | | | |
| | | | Title - Seller Mortgage Release Procurement             ($185.00) | 2500-000 | | | |
| | | | Title - Seller Settlement Fee      ($425.00) | 2500-000 | | | |
| | | | Listing Commission              ($63,125.00) | 2500-000 | | | |
| | | | Selling Commission              ($63,125.00) | 2500-000 | | | |
| | | | Record Certified Court Order        ($31.50) | 2500-000 | | | |
| | | | DC Transfer Tax                  ($36,612.50) | 2500-000 | | | |
| | | Sandy Spring Bank 17801 Georgia Avenue Olney, Md 20832 | ($2,048,769.51) | 4110-000 | | | |
| | | | Seller Paid Reimbursement        ($1,250.00) | 2500-000 | | | |
| | | | Seller Paid Reimbursement          ($740.72) | 2500-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals: | | | $287,269.32 | $0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-00765

Case Name: 1436 Foxhall Road L.L.C.

Trustee Name: Marc E. Albert DC Ch 7, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX5394

Checking

Taxpayer ID No: XX-XXX5565

For Period Ending: 09/21/2021

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Dominion Electric Supply Company, Incorporated C/O Robert G. Shuster, Llc 12850 Middlebrook Road Suite 225 Germantown, Md 20874 | ($11,000.00) | 4110-000 | | | |
| | | | Water Escrow ($350.00) | 2500-000 | | | |
| | | | Water Balance ($51.34) | 2500-000 | | | |
| | | | R.P. Taxes (2018 and 1st half 2019) ($11,910.65) | 2500-000 | | | |
| | 1 | | 1436 Foxhall Road, NW $2,525,000.00 | 1110-000 | | | |
| 04/11/19 | 101 | Insurance Partners 26865 Center Ridge Rd Westlake, OH 44145 | Chapter 7 Blanket Bond 3/1/2019 - 3/1/2020 Invoice 710673 | 2300-000 | | $0.13 | $287,269.19 |
| 04/19/19 | 102 | Washington Gas PO Box 37747 Philadelphia, PA 19101-5047 | Gas Bill Final Gas Bill Account #110000718798 Period: March 23, 2019 - April 7, 2019 | 7100-000 | | $553.85 | $286,715.34 |
| 05/15/19 | 103 | Estate of 1436 Foxhall Road L.L.C., 18-00765 | Transfer to Axos Bank | 9999-000 | | $286,715.34 | $0.00 |
| 05/28/19 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Fees | 2600-000 | | $275.42 | ($275.42) |
| 05/30/19 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Fees | 2600-000 | | ($275.42) | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $287,269.32 | $287,269.32 |
| Less: Bank Transfers/CD's | $0.00 | $286,715.34 |
| Subtotal | $287,269.32 | $553.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $287,269.32 |

Net                    $287,269.32              $553.98

Exhibit 9

Page Subtotals:                                  $0.00              $0.00

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-00765
Case Name: 1436 Foxhall Road L.L.C.

Trustee Name: Marc E. Albert DC Ch 7, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0067
Checking

Taxpayer ID No: XX-XXX5565
For Period Ending: 09/21/2021

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | | Estate of 1436 Foxhall Road L.L.C., 18-00765 | Transfer from Union Bank | 9999-000 | $286,715.34 | | $286,715.34 |
| 05/16/19 | 7 | Erie Insurance Exchange<br>100 Erie Insurance Place<br>Erie, PA 16530 | Insurance Refund | 1249-000 | $377.00 | | $287,092.34 |
| 06/13/19 | 8 | FWI Custom Homes, LLC<br>P.O. Box 40457<br>Washington, DC 20016 | Settlement Agreement Payment<br>Initial Settlement Payment<br>Geoff Kuck et al. | 1249-000 | $30,000.00 | | $317,092.34 |
| 08/08/19 | 2001 | Lance O. Estes<br>c/o McNamee Hosea<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD  20770 | Settlement Agreement Payment<br>Per Order 8/6/2019 | 4110-000 | | $88,221.98 | $228,870.36 |
| 08/13/19 | 2002 | Larry Y. Huang, Yunzhi Shi Huang and Jim J. Huang<br>c/o Vernon W. Johnson, III<br>Nixon Peabody LLP<br>799 Ninth Street, NW<br>Suite 500<br>Washington, DC  20001 | Settlement Agreement Payment<br>Per Order 8/6/2019 | | | $78,721.98 | $150,148.38 |
| | | Larry Y. Huang | ($26,240.66) | 4110-000 | | | |
| | | Jim J. Huang | ($26,240.66) | 4110-000 | | | |
| | | Yunzhi Shi Huang | ($26,240.66) | 4110-000 | | | |
| 08/28/19 | 8 | FWI Custom Homes, LLC<br>P.O. Box 40457<br>Washington, DC 20016 | Settlement Agreement Payment<br>Kuck Settlement Payment<br>2nd of 3 Installment Payments | 1249-000 | $30,000.00 | | $180,148.38 |

Page Subtotals: $347,092.34  $166,943.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-00765 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: 1436 Foxhall Road L.L.C. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0067 |
| | Checking |
| Taxpayer ID No: XX-XXX5565 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/21/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/19 | 2003 | Marc E. Albert Chapter 7 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Trustee Compensation Trustee's First Interim Application for Compensation and Reimbursement of Expenses Related to the Sale Proceeds form the Real Property Located at 1436 Foxhall Road, NW, Washington, DC 20007 Per Order 8/29/2019 | 2100-000 | | $99,000.00 | $81,148.38 |
| 08/30/19 | 2004 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Trustee's Attorney's Fees First Interim Application for Compensation for the Period December 4, 2018 through April 30, 2019 Per Order 8/29/2019 | 3110-000 | | $21,081.50 | $60,066.88 |
| 10/11/19 | 9 | Federal Title & Escrow Company 5335 Wisconsin Ave., NW Ste 700 Washington, DC 20015 | Escrow Refund H2O Escrow Refund Check from property sale | 1290-000 | $327.21 | | $60,394.09 |
| 11/01/19 | 8 | FWI Development, LLC 5185 MacArthur Blvd., NW #620 Washington, Dc 20016 | Settlement Agreement Payment Kuck - Settlement Agreement Payment Final Payment | 1249-000 | $30,000.00 | | $90,394.09 |
| 12/03/19 | 10 | Carl Bernstein & Pamela India Bernstein 4482 Reservoir Rd., NW Washington, DC 20007-2041 | Settlement Agreement Payment 1st of 12 payments of $1,000 Due 21st of each month until 11/21/2020 | 1249-000 | $1,000.00 | | $91,394.09 |
| 12/27/19 | 10 | Carl Bernstein & Pamela India Bernstein 4482 Resevoir Rd., N.W. Washington, DC 20007-2041 | Settlement Agreement Payment 2nd of 12 payments of $1,000.00 Due 21st of each month until 11/21/2020 | 1249-000 | $1,000.00 | | $92,394.09 |

|  |  |  |  |
|---|---|---|---|
| | Page Subtotals: | $32,327.21 | $120,081.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-00765

Case Name: 1436 Foxhall Road L.L.C.

Taxpayer ID No: XX-XXX5565

For Period Ending: 09/21/2021

Trustee Name: Marc E. Albert DC Ch 7, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0067

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/20 | 10 | Carl Benrstein & Pamela India Bernstein 4482 Reservoir Road, NW Washington, DC 20007-2071 | Settlement Agreement Payment 1st payment under revised Settlement Agreement with 8 subsequent monthly payments of $1,000.00 due on or before the 21st day of each month thereafter through September 21, 2020. | 1249-000 | $10,000.00 | | $102,394.09 |
| 02/19/20 | 10 | Carl Bernstein and Pamela India Bernstein 4482 Reservoir Rd., NW Washington, DC 20007-2041 | Settlement Agreement Payment 2nd of 8 payments under revised settlement agreement | 1249-000 | $1,000.00 | | $103,394.09 |
| 03/11/20 | 2005 | DC Treasurer DC Office of Tax and Revenue P.O. Box 96165 Washington, DC 20090-9165 | 2019 D-30 Unicorporated Business Franchise Tax TIN: 47-4395565 2019 D-30 | 2820-000 | | $1,000.00 | $102,394.09 |
| 03/12/20 | 2006 | Insurance Partners Agency Inc. 26865 Center Ridge Road Westlake, OH 44145 | Chapter 7 Blanket Bond 3/1/2020 - 3/1/2021 Invoice 421362 Policy #3792909 | 2300-000 | | $60.15 | $102,333.94 |
| 03/18/20 | 10 | Carl Bernstein & Pamela India Bernstein 482 Reservoir Rd., NW Washington, DC 20007-2041 | Settlement Agreement Payment 3rd of 8 Payments under Revised Settlement Agreement (post-dated check) | 1249-000 | $1,000.00 | | $103,333.94 |
| 05/06/20 | 10 | Carl Bernstein and Pamela India Bernstein 4482 Reservoir Rd. NW Washington, DC 20007-2041 | Settlement Agreement Payment Settlement payment | 1249-000 | $1,000.00 | | $104,333.94 |
| 05/19/20 | 10 | Carl Bernstein & Pamela India Bernstein 4482 Reservoir Rd., NW Washington, DC 20007 | Settlement Agreement Payment Settlement payment | 1249-000 | $1,000.00 | | $105,333.94 |
| 05/27/20 | 11 | Government of the District of Columbia Office of the Chief Financial Officer 1101 4th Street, S.W. Suite W446 Washington, DC 20024 | Refund of tax payment Unincorporated Franchise Tax Refund - Tax Year 2019 | 1124-000 | $1,000.00 | | $106,333.94 |

Page Subtotals:                   $15,000.00          $1,060.15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 18-00765 | | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: 1436 Foxhall Road L.L.C. | | Bank Name: Axos Bank |
| | | Account Number/CD#: XXXXXX0067 |
| | | Checking |
| Taxpayer ID No: XX-XXX5565 | | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/21/2021 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/20 | 10 | Carl Bernstein & Pamela India Bernstein<br>4482 Reservoir Rd., NW<br>Washington, DC 20007-2041 | Settlement Agreement Payment<br>Settlement Payment | 1249-000 | $1,000.00 | | $107,333.94 |
| 07/20/20 | 10 | Carl Bernstein & Pamela India Bernstein<br>4482 Reservoir Rd., NW<br>Washington, DC 20007 | Settlement Payment | 1249-000 | $1,000.00 | | $108,333.94 |
| 08/25/20 | 10 | Carl Bernstein & Pamela India Bernstein<br>4482 Reservoir Rd., NW<br>Washington, DC 20007 | Settlement Payment | 1249-000 | $1,000.00 | | $109,333.94 |
| 09/21/20 | 10 | Carl Bernstein & Pamela India Bernstein<br>4482 Reservoir Rd., NW<br>Washington, DC 20007 | Settlement Payment (final payment) | 1249-000 | $1,000.00 | | $110,333.94 |
| 11/25/20 | 2007 | Arthur Lander, CPA<br>300 N Washington Street<br>#104<br>Alexandria, VA 22314 | Accountant for Trustee Fees per Order 11/24/20<br>Distribution Per Order 11/24/2020 | 3410-000 | | $16,260.00 | $94,073.94 |
| 11/25/20 | 2008 | Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees Per Order 11/24/20<br>Distribution Per Order 11/24/2020 | 3110-000 | | $21,817.50 | $72,256.44 |
| 11/25/20 | 2009 | Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Expenses Per Order 11/24/20<br>Distribution Per Order 11/24/2020 | 3120-000 | | $722.50 | $71,533.94 |
| 02/09/21 | 2010 | Marc E. Albert DC Ch 7<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006 | Final distribution creditor account # representing a payment of 3.28 % per court order. | 2100-000 | | $3,358.44 | $68,175.50 |
| 02/09/21 | 2011 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $2.63 | $68,172.87 |
| | | Stinson LLP | Final distribution creditor account # representing a payment of 0.00 % per court order. ($0.01) | 3120-001 | | | |
| | | Department Of Treasury | Final distribution to claim 8 creditor account # representing a payment of 1.39 % per court order. ($1.63) | 7100-001 | | | |

| | Page Subtotals: | | | | $4,000.00 | $42,161.07 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page: 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-00765 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: 1436 Foxhall Road L.L.C. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0067 |
| | Checking |
| Taxpayer ID No: XX-XXX5565 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/21/2021 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | WASHINGTON GAS | Final distribution to claim 10 creditor account # representing a payment of 1.38 % per court order. | ($0.99) | 7100-001 | | | |
| 02/09/21 | 2012 | Dc Gov''t Office Of Tax & Revenue Po Box 75520 Wash | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $569.98 | $67,602.89 |
| 02/09/21 | 2013 | Complete Green Cleaning 9834 Capitol View Avenue Silver Spring, Md 20910 | Final distribution to claim 1 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $31.59 | $67,571.30 |
| 02/09/21 | 2014 | Bet Hesda Systems Security 4 711 Maple Avenue Beth Esda, Md 20814 | Final distribution to claim 2 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $111.59 | $67,459.71 |
| 02/09/21 | 2015 | Gaithersburg Garage Door 7845-F Airpark Road Gaithersburg, Md 20878 | Final distribution to claim 4 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $24.41 | $67,435.30 |
| 02/09/21 | 2016 | Grow And Prosper, Llc 17611 Norris Road Poolesville, Md 20837 | Final distribution to claim 5 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $376.46 | $67,058.84 |
| 02/09/21 | 2017 | Crescent Plumbing 4314 Woodway Street Alexandria, Va 22312 | Final distribution to claim 6 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $160.80 | $66,898.04 |
| 02/09/21 | 2018 | Masters Airtron 9422 Meridian Way West Chester, Oh 45069 | Final distribution to claim 7 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $409.88 | $66,488.16 |
| 02/09/21 | 2019 | Fwi Custom Homes Llc 6500 Seven Locks Road Suite 210 Cabin John, Md 20818 | Final distribution to claim 13 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $122.35 | $66,365.81 |

Page Subtotals: $0.00 $1,807.06

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-00765

Case Name: 1436 Foxhall Road L.L.C.

Taxpayer ID No: XX-XXX5565

For Period Ending: 09/21/2021

Trustee Name: Marc E. Albert DC Ch 7, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0067

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/21 | 2020 | Lance O. Estes, Ii 3316 Ardley Court Falls Church, Va 22041 | Final distribution to claim 16 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $900.26 | $65,465.55 |
| 02/09/21 | 2021 | Solid Hardwood Floors 16242 Neabsco Road Woodbrige, Va 22191 | Final distribution to claim 18 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $43.37 | $65,422.18 |
| 02/09/21 | 2022 | Larry Y. Huang 799 Ninth Street, Nw Suite 500 Washington, Dc 20001 | Final distribution to claim 20 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $21,807.39 | $43,614.79 |
| 02/09/21 | 2023 | Yunzhi Shi Huang C/O Vernon W. Johnson, Iii 799 Ninth Street, N.W., Suite 500 Washington, Dc 20001 | Final distribution to claim 21 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $21,807.39 | $21,807.40 |
| 02/09/21 | 2024 | Jim J. Huang C/O Vernon W. Johnson, Iii 799 Ninth Street, N.W., Suite 500 Washington, Dc 20001 | Final distribution to claim 22 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $21,807.40 | $0.00 |
| 02/11/21 | 2012 | Dc Gov"t Office Of Tax & Revenue Po Box 75520 Wash | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. Reversal Incomplete Address | 5800-000 | | ($569.98) | $569.98 |
| 02/11/21 | 2025 | DC Gov't Office of Tax and Revenue PO Box 75520 Washington, DC 20013 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $569.98 | $0.00 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $61.47 | ($61.47) |
| 03/11/21 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Service Charge Refund | 2600-000 | | ($61.47) | $0.00 |
| 05/22/21 | 2015 | Gaithersburg Garage Door 7845-F Airpark Road Gaithersburg, Md 20878 | Final distribution to claim 4 creditor account # representing a payment of 1.39 % per court order. Reversal | 7100-000 | | ($24.41) | $24.41 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals: $0.00   $66,341.40

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-00765                                    Trustee Name: Marc E. Albert DC Ch 7, Trustee          Exhibit 9
Case Name: 1436 Foxhall Road L.L.C.                  Bank Name: Axos Bank
                                                     Account Number/CD#: XXXXXX0067
                                                     Checking
Taxpayer ID No: XX-XXX5565                           Blanket Bond (per case limit): $3,000,000.00
For Period Ending: 09/21/2021                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/21 | 2026 | Gaithersburg Garage Door, Inc c/o BT Arnett, Esq., BT Arnett, P.C. 1 Research Court, Suite 450 Rockville, MD 20850 | Final distribution to claim #4 creditor account # representing a payment of 1.39 % per court order. | 7100-000 | | $24.41 | $0.00 |
| 08/25/21 | 2026 | Gaithersburg Garage Door, Inc c/o BT Arnett, Esq., BT Arnett, P.C. 1 Research Court, Suite 450 Rockville, MD 20850 | Final distribution to claim #4 creditor account # representing a payment of 1.39 % per court order. Reversal | 7100-000 | | ($24.41) | $24.41 |
| 08/25/21 | 2027 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $24.41 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $398,419.55 | $398,419.55 |
| Less: Bank Transfers/CD's | $286,715.34 | $0.00 |
| Subtotal | $111,704.21 | $398,419.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $111,704.21 | $398,419.55 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0067 - Checking | $111,704.21 | $398,419.55 | $0.00 |
| XXXXXX5394 - Checking | $287,269.32 | $553.98 | $0.00 |
|  | $398,973.53 | $398,973.53 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,237,974.54 |
| Total Net Deposits: | $398,973.53 |
| Total Gross Receipts: | $2,636,948.07 |

Page Subtotals:                                    $0.00            $0.00